344-B

Andrew J. MONFEE et al *v*. THE URBAN RENEWAL
AGENCY OF THE CITY OF
NORTH LITTLE ROCK, ARKANSAS

79-58                                                590 S.W. 2d 32

December 3, 1979

*Howell, Price, Howell, P.A.*, for appellants.

*Wallace, Hilburn, Clayton, May & Calhoun, Ltd.*, for
appellee.

## PER CURIAM

Upon motion of appellants, this case is remanded to the
Chancery Court of Pulaski County and that court is rein-
vested with jurisdiction for the sole purpose of determining
the effect of Resolution No. 1774, adopted by the City
Council of the City of North Little Rock, Arkansas, upon its
decree from which this appeal is taken.

The Chief Justice, George Rose Smith and Byrd, JJ.,
did not participate in the consideration of this motion. Spe-
cial Justice William S. Arnold agrees.